UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ZACHARY M. SICURELLA,  Case No. 1:19-cv-86

    Plaintiff,  Barrett, J.
Bowman, M.J.

v.

UNION TOWNSHIP POLICE DEPT., et al.,

    Defendants.

## REPORT AND RECOMMENDATION

On January 31, 2019, while incarcerated in the Clermont County Jail, Plaintiff initiated this pro se civil rights case against the Union Township Police Department, Officer Michael Ventre, and Sgt. Wagner. (Docs. 1, 6).

After this Court set a calendar order, the parties filed several motions, which remain pending. (Docs. 10, 11, 14, 17). However, on May 6, 2019, Plaintiff filed a motion seeking to voluntarily dismiss all claims. (Doc. 18). Defendants have filed a Notice stating they have no objection to Plaintiff's motion to dismiss without prejudice. (Doc. 19). Accordingly, **IT IS RECOMMENDED THAT** Plaintiff's motion to dismiss (Doc. 18) be **GRANTED**, that all pending motions (Docs. 10, 11, 14, 17) be **DENIED AS MOOT**, and that this case be **DISMISSED** without prejudice and closed.

    *s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| ZACHARY M. SICURELLA, | Case No. 1:19-cv-86 |
| Plaintiff, | Barrett, J. |
| | Bowman, M.J. |
| v. | |
| UNION TOWNSHIP POLICE DEPT., et al., | |
| Defendants. | |

**NOTICE**

Pursuant to Fed. R. Civ. P 72(b), any party may serve and file specific, written objections to this Report and Recommendation ("R&R") within **FOURTEEN (14) DAYS** of the filing date of this R&R. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN (14) DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).