UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Zachary M. Sicurella,

    Plaintiff,

        v.                         Case No. 1:19cv086

Union Township Police
Department, *et al.*,                 Judge Michael R. Barrett

    Defendants.

### ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on May 9, 2019 (Doc. 20).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 20) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 20) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, Plaintiff's Motion to Dismiss (Doc. 18) is **GRANTED** and all pending motions (Docs. 10, 11, 14, 17) are **DENIED AS MOOT**. Pursuant to Fed. R. Civ. P. 41(a)(2), this civil action is dismissed without prejudice.

    **IT IS SO ORDERED.**

                                          s/ Michael R. Barrett
                                          Michael R. Barrett, Judge
                                          United States District Court